[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-10769
Non-Argument Calendar
_____

D.C. Docket No. 6:10-cv-01671-JA-KRS

JENNINGS CONSTRUCTION SERVICES CORPORATION,
a Florida corporation,

Plaintiff - Appellant,

versus

ACE AMERICAN INSURANCE COMPANY,
d.b.a. ACE Advantage Professional Liability Company,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(July 27, 2012)

Before BARKETT, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

We affirm for all the reasons expressed in the district court's order of January 11, 2012.

**AFFIRMED**